**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Priority \_\_\_\_
Send \_\_\_\_
Enter \_\_\_\_
Closed \_\_\_\_
JS-5/JS-6 \_\_\_\_
Scan Only \_\_\_\_

**CASE NO.: ED CV 19-01746 SJO (SHKx)**          **DATE:  November 7, 2019**

**TITLE:    Sundesa, LLC v. Zoyer, LLC**

========================================================================
**PRESENT:  THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Cruz                                        Not Present
Courtroom Clerk                                    Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**       **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                        Not Present

========================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the NOTICE of Voluntary Dismissal filed by Plaintiff Sundesa, LLC. (ECF # 19).  Dismissal is with prejudice. Accordingly, the Court Orders that this matter shall be dismissed pursuant to the Voluntary Dismissal.

The Court vacates all pending hearings.

MINUTES FORM 11
CIVIL GEN                       Page 1 of  1              \_\_ : \_\_
                                                         Initials of Preparer    Vpc